

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00973-CV

**IN THE INTEREST OF A.M.S.**, K.R.S., R.R.S., A.S.,
R.I.S., E.R.S., J.A.S., and N.M.S., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01328
Honorable Renée Yanta, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED May 22, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Cynthia Marie Chapa is the presiding judge of the 288th District Court, Bexar County, Texas. The termination order was signed by the Honorable Renée Yanta, who was the presiding judge of the 150th District Court, Bexar County, Texas, at the time the order was signed.